UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY A. AUSTIN,<br><br>   Plaintiff,<br><br>   v.<br><br>STATE OF CALIFORNIA,<br><br>   Defendant. | Case No. 3:15-cv-00514-SI<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to the Honorable Charles R. Breyer to determine whether it is related to *Austin v. State of California*, 15 cv 0504 CRB.

**IT IS SO ORDERED.**

Dated: February 23, 2015

_____
SUSAN ILLSTON
United States District Judge